ANDREW M. ZACKS (SBN 147794)
EMILY H. LOWTHER (SBN 284943)
ZACKS & FREEDMAN, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755
emily@zulpc.com

Attorneys for Plaintiff
1049 Market Street, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| 1049 MARKET STREET, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50,<br><br>Defendants. | Case Number: 3:15-cv-02075<br><br>**PLAINTIFF'S VERIFICATION OF COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR VIOLATION OF CIVIL RIGHTS; PETITION FOR WRIT OF MANDATE**<br><br>[42 U.S.C § 1983; 28 U.S.C § 1367(a); Cal. Civ. Proc. Code § 1085 or § 1094.5] |

## VERIFICATION

I, the undersigned, declare:

I, Amy Bogart, am a member of Plaintiff and Petitioner 1049 Market Street, LLC ("1049 Market"), and am authorized to execute this verification on behalf of 1049 Market. I have read the foregoing Petition and Complaint, filed on May 8, 2015, in the above entitled-action and know its contents. The matters stated in this Petition and Complaint, filed on May 8, 2015, in the above-entitled action are true based on my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 14, 2015, in San Francisco, California.

_____
Amy Bogart