DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-554-4628
Facsimile:      (415) 554-4757
E-Mail:          jim.emery@sfgov.org

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1049 MARKET STREET, LLC, a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50,<br><br>    Defendants. | Case No. 4:15-CV-02075<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING; ORDER GRANTING EXTENSION OF TIME**<br><br>Trial Date:           TBD |

## STIPULATION

WHEREAS, 1049 MARKET STREET, LLC served and filed its Complaint for Injunctive Relief and Damages for Violation of Civil Rights; Petition for Writ of Mandate ("Complaint") on May 8, 2015;

1  WHEREAS, Defendant City & County of San Francisco ("San Francisco") were assigned to handle the case some time thereafter and, due to conflicting caseloads, are unable to file a responsive pleading before June 12, 2015;

4  WHEREAS, counsel for Plaintiffs agree to extend the time in which San Francisco may file an answer, motion to dismiss or other responsive pleading to accommodate the schedule of San Francisco's counsel;

7  NOW THEREFORE, the parties stipulate, subject to the Court's approval, that San Francisco may file its answer, motion to dismiss or other responsive pleading on or before June 12, 2015.

9  IT IS SO STIPULATED

11  Dated:  June 3, 2015

ZACKS & FREEMAN, P.C.
ANDREW M. ZACKS


By:     /s/ Andrew M. Zacks

ANDREW M. ZACKS

Counsel for Plaintiff 1049 MARKET STREET, LLC


DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
Deputy City Attorney


By:     /s/ Kristen A. Jensen
KRISTEN A. JENSEN
Counsel for Defendant City and County of San Francisco

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED that San Francisco shall have until June 12, 2015 to file an answer, motion to dismiss or other responsive pleading to the Complaint shall be as follows:

Dated: June __, 2015

_____

HON. JEFFREY S. WHITE

United States District Judge