IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1049 MARKET STREET LLC, | No. C 15-02075 JSW |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on defendant's motion to dismiss for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: June 18, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE