IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1049 MARKET STREET LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.         / | No. C 15-02075 JSW<br><br>**ORDER OF DISCLOSURE** |

The Court HEREBY ADVISES the parties that the undersigned's son is a Deputy City Attorney with the San Francisco City Attorney's Office, which represents Defendant in this case. Although the undersigned and his son have not had any contact or communications about this matter, out of an abundance of caution, the Court issues this Order in the event any party believes the undersigned should recuse himself from this matter. The Court also advises the parties that, in connection with a previous case, the Court sought a formal opinion from the Committee on Codes of Conduct of the Judicial Conference of the United States, regarding a request for recusal. The Committee issued a thorough opinion outlining the circumstances in which recusal might be warranted, and it found that recusal was not required in that case. The Court will make a copy of that letter available to any party upon request.

**IT IS SO ORDERED.**

Dated: July 7, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 4:15-cv-02075-JSW Document 27 Filed 07/07/15 Page 2 of 2