DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone: (415) 554-554-4628
Facsimile: (415) 554-4757
E-Mail: jim.emery@sfgov.org

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1049 MARKET STREET, LLC, a California Limited Liability Company,

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50,

Defendants.

Case No. 4:15-CV-02075-JSW

**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

The court hereby DENIES Plaintiff's administrative motion for leave to file an oversized brief. (Dkt #30.)

On or before August 3, 2015, Plaintiff 1049 Market Street LLC shall file an opposition brief to San Francisco's Motion to Dismiss (Dkt #19) that complies with the local rules of the Northern

District and this Court's Standing Orders. San Francisco shall file its reply, if any, on or before August 10, 2015. The Court will hear argument on October 2, 2015.

IT IS SO ORDERED.

Dated: July 21, 2015

Hon. Jeffrey S. White
United States District Judge