UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1049 MARKET STREET, LLC, a California Limited Liability Company,<br>　　　　　　　Plaintiff,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50<br>　　　　　　　Defendants. | Case No. 4:15-cv-02075-JSW<br><br>AMENDED CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　**OR**

☐ **Decline Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

| | |
|---|---|
| DATE: August 10, 2015 | NAME: Rebecca Furman |
| | COUNSEL FOR (OR "PRO SE"): 1049 MARKET STREET, LLC |
| | */s/* Rebecca Furman |
| | *Signature* |