LEWIS & LLEWELLYN LLP
  Marc R. Lewis (Bar No. 233306)
  Paul T. Llewellyn (Bar No. 216887)
  Rebecca Furman (Bar No. 294082)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127
Email: mlewis@lewisllewellyn.com
       pllewellyn@lewisllewellyn.com
       bfurman@lewisllewellyn.com

Attorneys for Plaintiff
1049 MARKET STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 1049 MARKET STREET, LLC, | Case No. 4:15-cv-02075-JSW |
| Plaintiff, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF 1049 MARKET STREET, LLC; [PROPOSED] ORDER |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50, | |
| Defendants. | |

1     PLEASE TAKE NOTICE that Plaintiff 1049 Market Street, LLC has retained Lewis &

2 Llewellyn LLP to substitute as counsel for Zacks & Freedman, P.C. in the above-captioned

3 matters.

4     Withdrawing counsel for Plaintiff 1049 Market Street, LLC are:

    Andrew M. Zacks (SBN 147794)
    ZACKS & FREEDMAN, P.C.
    235 Montgomery Street, Suite 400
    San Francisco, CA 94104
    Telephone: (415) 956-8100
    Facsimile: (415) 288-9755
    Email: az@zulpc.com

    Emily H. Lowther (SBN 284943)
    ZACKS & FREEDMAN, P.C.
    235 Montgomery Street, Suite 400
    San Francisco, CA 94104
    Telephone: (415) 956-8100
    Facsimile: (415) 288-9755
    Email: emily@zulpc.com

    All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff 1049 Market Street, LLC:

    Marc R. Lewis
    LEWIS & LLEWELLYN LLP
    505 Montgomery Street, Suite 1300
    San Francisco, CA 94111
    Telephone: (415) 800-0590
    Facsimile: (415) 390-2127
    Email: mlewis@lewisllewellyn.com

    Paul T. Llewellyn
    LEWIS & LLEWELLYN LLP
    505 Montgomery Street, Suite 1300
    San Francisco, CA 94111
    Telephone: (415) 800-0590
    Facsimile: (415) 390-2127
    Email: pllewellyn@lewisllewellyn.com

    Rebecca Furman
    LEWIS & LLEWELLYN LLP
    505 Montgomery Street, Suite 1300
    San Francisco, CA 94111
    Telephone: (415) 800-0590
    Facsimile: (415) 390-2127
    Email: bfurman@lewisllewellyn.com

LEWIS & LLEWELLYN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF 1049 MARKET STREET, LLC; [PROPOSED] ORDER - 4:15-CV-02075-JSW

The undersigned parties consent to the above withdrawal and substitution of counsel

DATED: August 10, 2015        1049 MARKET STREET LLC

By: /s/ John Gall
John Gall, Member

By: /s/ Amy Bogart
Amy Bogart, Member

By: /s/ Haley Bogart
Haley Bogart, Member

DATED: August 10, 2015        ZACKS & FREEDMAN, PC.

By: /s/ Andrew M. Zacks
Andrew M. Zacks

DATED: August 10, 2015        LEWIS & LLEWELLYN LLP

By: /s/ Marc R. Lewis
Marc R. Lewis

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: August 10, 2015        LEWIS & LLEWELLYN LLP

By: /s/ Rebecca Furman
Rebecca Furman

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: August 11, 2015

*Jeffrey S. White*
JUDGE OF THE UNITED STATES DISTRICT COURT

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF 1049 MARKET STREET, LLC; [PROPOSED] ORDER - 4:15-CV-02075-JSW