IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1049 MARKET STREET LLC, | No. C 15-02075 JSW |
|     Plaintiff, | |
| v. | **ORDER REGARDING CONSENT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
|     Defendant. | |

    In cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1. Plaintiff has now filed consent. Defendant is hereby DIRECTED to advise the Court, no later than August 21, 2015, as to whether it consents to have a magistrate judge conduct all further proceedings in the instant action. For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: August 11, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE