# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

DATE: November 4, 2016                                          Time in Court: 32 minutes

**JUDGE: JEFFREY S. WHITE**                          **Court Reporter**: **Diane Skillman**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-15-2075   JSW**
**TITLE: 1049 Market Street LLC  v.  City and County of San Francisco, et al.,**

**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**

Andrew Zacks                                           Kristen Jensen
Emily Brough

**PROCEEDINGS:**      Motion to Dismiss

**RESULTS:**      *The Court **tentatively DENIES** Plaintiff's motion to dismiss the state law claims.*

   The Court heard argument from counsel.
   The motion is taken under submission.
   A written ruling shall issue.