ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755
emily@zfplaw.com

Attorneys for Plaintiff
1049 Market Street, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| 1049 MARKET STREET, LLC, a California Limited Liability Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50,<br><br>        Defendants. | Case Number: 4:15-cv-02075-JSW<br><br>**JOINT CASE UPDATE** |

Pursuant to this Court's Order, dated November 7, 2016, the parties jointly submit this update as to the progress of the related State Court Actions, *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-545950 (the "Writ Action") and *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-547161 (the "Damages Action").

In the Writ Action, the Court issued an order on April 12, 2016, granting the Writ of Administrative Mandamus, in part; denying the Writ of Mandate; and disposing of several evidentiary motions.  On May 2, 2016, 1049 Market Street filed a motion for reconsideration and notice of intention to file a motion for a new trial.  On June 13, 2016, the Court granted the motion for a new trial in part and denied the motion for reconsideration.   Also on June 13, 2016, the Court issued an amended order, granting the Writ of Administrative Mandamus, in part and denying the Writ of Mandate.  On June 7, 2016, and July 8 2016, Plaintiff appealed the Writ Action in part; this appeal is pending in the California Court of Appeal, First District, case no. A148716.

In the Damages Action, the City filed a motion for judgment on the pleadings (MJOP), which was heard on March 30, 2017.  Plaintiff filed a motion for leave to file a first amended and supplemental complaint (FASC), which was also heard on March 30, 2017.  On April 4, 2017, the Court granted in part and denied in part the City's MJOP, and granted Plaintiff's motion for leave to file a FASC.  On April 13, 2017, Plaintiff filed its FASC.  On May 12, 2017, the City filed an answer to the FASC.  On May 15, 2017, the City filed a petition for writ of mandate in the California Court of Appeal, First District, in case no. A151274, challenging the portion of the trial court's order denying its MJOP.  On May 25, 2017, Plaintiff filed a preliminary opposition to the petition for writ of mandate.  The petition for writ of mandate in case no. A151274 is pending.  The trial court has postponed the initial case management conference in the Damages Action until July 19, 2017.

On May 23, 2016, Plaintiff filed another writ petition in State Court against the City and County of San Francisco in *1049 Market Street, LLC v. City and County of San Francisco,*

4:15-cv-02075-JSW
*Joint Case Update*
-2-

*et al.*, case no. CPF-16-515046.  This writ petition was heard on February 24, 2017, and is currently under submission.

Respectfully submitted,

Dated: June 1, 2017                                    ZACKS, FREEDMAN & PATTERSON, PC

    /s/ Emily L. Brough
EMILY L. BROUGH
Counsel for Plaintiff
1049 MARKET STREET, LLC.

Dated: June 1, 2017                                    DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
Deputy City Attorney

By: /s/ Kristen A. Jensen
KRISTEN A. JENSEN
Counsel for Defendants
City and County of San Francisco

4:15-cv-02075-JSW
*Joint Case Update*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on June 2, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ Emily L. Brough
    EMILY L. BROUGH