1  ANDREW M. ZACKS (SBN 147794)
   EMILY L. BROUGH (SBN 284943)
2  ZACKS, FREEDMAN & PATTERSON, PC
   235 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Tel: (415) 956-8100
4  Fax: (415) 288-9755
   emily@zfplaw.com

5  Attorneys for Plaintiff
   1049 Market Street, LLC
6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11 | 1049 MARKET STREET, LLC, a California        Case Number: 4:15-cv-02075-JSW
   | Limited Liability Company,
12 |
   |                                              **JOINT CASE UPDATE**
13 |        Plaintiffs,
   |
14 |    vs.
   |
15 |
   | CITY AND COUNTY OF SAN
16 | FRANCISCO, BOARD OF SUPERVISORS
   | OF THE CITY AND COUNTY OF SAN
17 | FRANCISCO, PLANNING DEPARTMENT
   | OF THE CITY AND COUNTY OF SAN
18 | FRANCISCO, SAN FRANCISCO
   | DEPARTMENT OF BUILDING
19 | INSPECTION, SAN FRANCISCO
   | BUILDING INSPECTION COMMISSION,
20 | SAN FRANCISCO BOARD OF APPEALS,
   | and DOES 1-50,
21 |
22 |
   |        Defendants.
23 |

24

25

26

27

28

4:15-cv-02075-JSW
*Joint Case Update*

-1-

*(left margin, vertical text)* ZACKS, FREEDMAN& PATTERSON, PC — 235 MONTGOMERY STREET, SUITE 400 — SAN FRANCISCO, CALIFORNIA 94104

Pursuant to this Court's Order, dated November 7, 2016, the parties jointly submit this update as to the progress of the related State Court Actions, *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-545950 (the "First Writ Petition") and *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-547161 (the "First Damages Action").

In the First Writ Petition, the Court issued an order on April 12, 2016, granting the Writ of Administrative Mandamus, in part; denying the Writ of Mandate; and disposing of several evidentiary motions. On May 2, 2016, Plaintiff filed a motion for reconsideration and notice of intention to file a motion for a new trial. On June 13, 2016, the Court granted the motion for a new trial in part and denied the motion for reconsideration. Also on June 13, 2016, the Court issued an amended order, granting the Writ of Administrative Mandamus, in part and denying the Writ of Mandate. On June 7, 2016, and July 8, 2016, Plaintiff appealed the First Writ Petition in the California Court of Appeal, First District, Case No. A148716.

In the First Damages Action, the City filed a motion for judgment on the pleadings (MJOP), which was heard on March 30, 2017. Plaintiff filed a motion for leave to file a first amended and supplemental complaint (FASC), which was also heard on March 30, 2017. On April 4, 2017, the Court granted in part and denied in part the City's MJOP, and granted Plaintiff's motion for leave to file a FASC. On April 13, 2017, Plaintiff filed its FASC. On May 12, 2017, the City filed an answer to the FASC. On May 15, 2017, the City filed a petition for writ of mandate in the California Court of Appeal, First District, in Case No. A151274, challenging the portion of the trial court's order denying its MJOP. On May 25, 2017, Plaintiff filed a preliminary opposition to the petition for writ of mandate. On June 15, 2017, the First District Court of Appeal issued a "suggestive *Palma* notice" (*Brown, Winfield & Canzoneri, Inc. v. Superior Court* (2010) 47 Cal.4th 1233) with regards the Court's order on the MJOP. On August 2, 2017, in response to the suggestive *Palma* notice, the Court vacated its previous order denying the MJOP in the First Damages Action and granted the MJOP in a new order.

4:15-cv-02075-JSW
*Joint Case Update*

ZACKS, FREEDMAN& PATTERSON, PC
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

ZACKS, FREEDMAN& PATTERSON, PC
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

On May 23, 2016, Plaintiff filed another writ petition in State Court against the City in *1049 Market Street, LLC v. City and County of San Francisco, et al.*, case no. CPF-16-515046 ("Second Writ Petition"), challenging the City's enactment of ordinances nos. 23-16 and 33-16 (the "Permanent Controls"). On July 11, 2017, the Court denied Plaintiff's CEQA and facial challenges in the Second Writ Petition, and held that Plaintiff's as-applied takings claim and as-applied Ellis Act claim were unripe for review. Plaintiff appealed this order, which is now pending in the First District Court of Appeal, Case No. A151993.

On June 30, 2017, Plaintiff filed a third writ petition against the City in State Court, Case No. CPF-17-515754 ("Third Writ Petition"), challenging the revocation of its permit pursuant to the Permanent Controls. Plaintiff also simultaneously filed a second action for damages against the City in State Court, Case No. CGC-17-559890 ("Second Damages Action") for inverse condemnation and violation of its civil rights. On July 5, 2017, Plaintiff filed notices of related cases in the First Damages Action, the Second Damages Action, and the Third Writ Petition.

On August 30, 2017, and again on November 7, 2017, the parties entered into a stipulated hiatus of litigation.

In January of 2018, after the hiatus had lifted, Plaintiff moved for a continuance of the trial date in the First Damages Action and consolidation of the Second Damages Action with the First Damages Action ("Consolidated Damages Action"). Both motions were granted, and the Consolidated Damages Action is set for trial on November 5, 2018.

On January 24, 2018, the Appellate Court dismissed the CEQA claim in the First Writ Petition as moot and held the following as to the remaining claims:

> As to the remaining claims, we affirm the trial court's judgment although we do not adopt all of its reasoning. Specifically, we conclude 1049 Market's taking claims as to the initial suspension and delay are barred for failure to exhaust administrative remedies. And to the extent 1049 Market's taking claims are based on the City's later conduct, those claims are not ripe. We additionally conclude there is no merit to 1049 Market's vested right claim.

4:15-cv-02075-JSW
*Joint Case Update*

ZACKS, FREEDMAN& PATTERSON, PC
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1    Plaintiff then filed a motion to stay the Consolidated Damages Action in an effort to

2    ripen its takings claim.    The City filed a motion for judgment on the pleadings in the

3    Consolidated Damages Action based on the Appellate Court's suggestive *Palma* Notice and its

4    decision in the First Writ Petition.

5    After these filings, the parties engaged in settlement discussions and took these motions

6    off calendar, without prejudice. **The parties are still presently in settlement discussions, and**

7    **litigation has been put on hold.**

8

9    Respectfully submitted,

10   Dated: October 31, 2018              ZACKS, FREEDMAN & PATTERSON, PC

11

12                                          /s/ Emily L. Brough
                                         EMILY L. BROUGH
13                                       Counsel for Plaintiff
                                         1049 MARKET STREET, LLC.
14

15

16

17

18   Dated: October 31, 2018             DENNIS J. HERRERA
                                         City Attorney
19                                       KRISTEN A. JENSEN
                                         Deputy City Attorney
20

21                                       By: /s/ Kristen A. Jensen
22                                       KRISTEN A. JENSEN
                                         Counsel for Defendant
23                                       City and County of San Francisco

24

25

26

27

28

4:15-cv-02075-JSW
*Joint Case Update*

ZACKS, FREEDMAN & PATTERSON, PC
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on October 31, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ Emily L. Brough
    EMILY L. BROUGH

4:15-cv-02075-JSW
*Joint Case Update*