ANDREW M. ZACKS (SBN 147794)
EMILY L. BROUGH (SBN 284943)
ZACKS & FREEDMAN, PC
601 Montgomery Street, Suite 400
San Francisco, CA 94111
Tel: (415) 956-8100
Fax: (415) 288-9755
emily@zfplaw.com

Attorneys for Plaintiff
1049 Market Street, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| 1049 MARKET STREET, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, PLANNING DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO BOARD OF APPEALS, and DOES 1-50,<br><br>　　　　Defendants. | Case Number: 4:15-cv-02075-JSW<br><br>**JOINT CASE UPDATE** |

Pursuant to this Court's Order, dated November 7, 2016, the parties jointly submit this update as to the progress of the related State Court Actions, *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-545950 (the "First Writ Petition") and *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No.CGC-15-547161 (the "First Damages Action"), *1049 Market Street, LLC v. City and County of San Francisco, et al.*, case no. CPF-16-515046 ("Second Writ Petition"), *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No. CPF-17-515754 ("Third Writ Petition"), *1049 Market Street, LLC v. City and County of San Francisco, et al.,* Case No. CGC-17-559890 ("Second Damages Action"). These related State Court Actions are collectively referred to herein as the "Litigation," and the procedural history of the Litigation is set forth in detail in the parties' prior Joint Case Updates.

The parties have finalized a settlement agreement, wherein various terms must be completed prior to the termination of those cases pending in the Litigation. These terms include, but are not limited to, subdividing the subject property, followed by the sale of a portion of the subject property. The settlement terms provide that Plaintiff will dismiss the cases pending in the Litigation after certain milestones have been met. To date, several milestones remain to be met.

Since the last joint case update, new issues have arisen with respect to the terms of settlement. The parties are working in a good faith attempt to arrive at revised terms for the settlement, thus Litigation continues to be on hold.

Respectfully submitted,

Dated: May 23, 2024                                ZACKS & FREEDMAN, PC

                                                /s/ Emily L. Brough
                                           EMILY L. BROUGH
                                           Counsel for Plaintiff
                                           1049 MARKET STREET, LLC.

Dated: May 23, 2024

DAVID CHIU
City Attorney
KRISTEN A. JENSEN
Deputy City Attorney

By: /s/ Kristen A. Jensen
KRISTEN A. JENSEN
Counsel for Defendant
City and County of San Francisco

# **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on May 23, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ Emily L. Brough
       EMILY L. BROUGH

**PROOF OF SERVICE**
United States District Court
Northern District of California - Oakland Division
Case No. 4:15-cv-02075-JSW

I, Valeria Bentorkia-Moran, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 601 Montgomery Street, Suite 400, San Francisco, California 94111.

On **May 23, 2024**, I served:

**JOINT CASE UPDATE**

in said cause, addressed as follows:

Kristen A. Jensen
Christopher T. Tom
Lauren Skellen
Deputy City Attorney
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102
email: Kristen.jensen@sfcityatty.org
christopher.tom@sfcityatty.org
lauren.skellen@sfcityatty.org

**/XX/**   **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept electronic service, I caused the said document to be served electronically through the CM/ECS System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 23, 2024** at San Francisco, California.

_____
VALERIA BENTORKIA-MORAN

PROOF OF SERVICE